1   KEVIN V. RYAN (CSBN 118321)
United States Attorney

2   EUMI L. CHOI (CSBN 0722)
3   Chief, Criminal Division

4   SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

5
150 Almaden Blvd., Suite 900
6   San Jose, California 95113
Telephone: (408) 535-5056
7   FAX: (408) 535-5066
Susan.Knight@usdoj.gov

8
Attorneys for Plaintiff
9

**FILED**

AUG 19 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA

11   SAN JOSE DIVISION

12

13   UNITED STATES OF AMERICA,                    )   No. 05-70456 RS
                                                   )
14               Plaintiff,                        )   STIPULATION AND [PROPOSED]
                                                   )   ORDER EXCLUDING TIME
15         v.                                      )
                                                   )
16   ALFREDO ORDONEZ-QUINTEROS,                    )   SAN JOSE VENUE
                                                   )
17               Defendant.                        )
                                                   )
18                                                 )

19

20

21         On August 11, 2005, the parties in this case appeared before the Court for an arraignment. At

22   that appearance, Assistant Federal Public Defender Jay Rorty explained that he needs additional

23   time to discuss the government's plea offer with the defendant and for the defendant to discuss

24   the offer with his family. Therefore, the parties requested that the arraignment be continued to

25   September 8, 2005 at 9:30 a.m. before the Honorable Judge Seeborg. In addition, the defendant,

26   through his counsel, agreed to an exclusion of time under the Speedy Trial Act from August 11,

27   2005 to September 8, 2005. The parties agree and stipulate that an exclusion of time is

28   appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
No. 05-70456 RS                                        1

08/16/2005 08:37 FAX 408 291 7399      FEDERAL PUBLIC DEFENDER  → US ATTY A      ☑003
Case 5:05-mj-70456-MRGD   Document 11   Filed 08/19/05   Page 2 of 2

Aug-11-05  11:09am   From-                                                  T-353  P.03/03  F-905

1   SO STIPULATED:                          KEVIN V. RYAN
                                            United States Attorney
2

3   DATED: 8/19/05                          SUSAN KNIGHT
                                            Assistant United States Attorney
4

5   DATED: 8/15/00                          JAY RORTY
                                            Assistant Federal Public Defender
6

7       Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is

8   continued to September 8, 2005 at 9:30 a.m. before the Honorable Judge Seeborg. Good cause

9   is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure

10  and 18 U.S.C. § 3060.

11      For good cause shown, the Court FURTHER ORDERS that time be excluded under the

12  Speedy Trial Act from August 11, 2005 to September 8, 2005. The Court finds, based on the

13  aforementioned reasons, that the ends of justice served by granting the requested continuance

14  outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant

15  the requested continuance would deny defense counsel reasonable time necessary for effective

16  preparation, taking into account the exercise of due diligence, and would result in a miscarriage

17  of justice. The Court therefore concludes that this exclusion of time should be made under 18

18  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

19  SO ORDERED.

20

21  DATED: 8/19/05                          PATRICIA V. TRUMBULL
                                            United States Magistrate Judge
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                    2
No. 05-70456 RS